

**NUMBER 13-22-00304-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

---

**IN THE INTEREST OF M.R. AND X.R., CHILDREN**

---

**On appeal from the County Court at Law
of Aransas County, Texas.**

---

# ORDER

**Before Justices Longoria, Hinojosa, and Silva
Order Per Curiam**

This is an appeal of a final order terminating parental rights. Following an initial motion to extend the time to file the brief, appellant's brief was due on or before September 12, 2022. However, on September 1, 2022, the Department of Family and Protective Services (Department) filed a motion to modify the judgment in the trial court. Appellant filed a second motion for extension of time seeking twenty days of additional time to file the brief from the date the trial court rules on the Department's motion to modify the judgment. This Court granted appellant's second motion on September 8, 2022. To

date, no supplemental records have been filed demonstrating the trial court's ruling. Further, no other motions or notices have been filed by either party.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). As such, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Accordingly, appellant is ordered to file her brief with this Court no later than the 10th day from the date of this order. After appellant's brief has been filed, appellee's time to file its brief will begin.

PER CURIAM

Delivered and filed on the
5th day of October, 2022.

2